# United States Bankruptcy Court
## District of Utah

In re **TW Medical Group LLC**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Douglas Toole**<br>5334 West 560 North<br>Ogden, UT 84404 | | **42.5%** | |
| **Nicholas Hugentobler**<br>655 Eagle Pass<br>Hermosa, CO 81301 | | **15%** | |
| **Taylor G Wright**<br>1598 East 127000 South<br>Draper, UT 84020 | | **42.5%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Financial Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **October 23, 2024**  Signature **/s/ Zachary Paul**  
**Zachary Paul**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
**District of Utah**

In re **TW Medical Group LLC**        Case No. _____
Debtor(s)        Chapter **11**

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **TW Medical Group LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **October 23, 2024** | **/s/ George B. Hofmann** |
| Date | **George B. Hofmann** |
| | Signature of Attorney or Litigant |
| | Counsel for **TW Medical Group LLC** |
| | **Cohne Kinghorn, P.C.** |
| | **111 E. Broadway, 11th Floor** |
| | **Salt Lake City, UT 84111** |
| | **801-363-4300 Fax:801-363-4378** |

# United States Bankruptcy Court
## District of Utah

In re **TW Medical Group LLC** Case No. _____

Debtor(s) Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **October 23, 2024**  **/s/ Zachary Paul**
 **Zachary Paul**/**Chief Financial Officer**
 Signer/Title

A.R.M. Solutions, Inc.
PO Box 3666
Camarillo, CA 93011-3666

AADI Inc.
PO Box 2602
Farmington, NM 87499

Adobe Inc.
345 Park Avenue
San Jose, CA 95110-2704

AE Plumbing Heating & Cooling Inc.
PO Box 391
Durango, CO 81302

All Systems
424 North 900 East
Orem, UT 84097

Alpine Security & Electronics
PO Box 112
Cortez, CO 81321

Alsco Uniforms
150 26th Street
Ogden, UT 84401

Altus Receivable Management
2121 Airline Drive, Suite 520
Metairie, LA 70001

American Express
PO Box 650448
Dallas, TX 75265-0448

American Sign Language Communication
PO Box 737763
Dallas, TX 75373-7763

Apex Medical Practice Management LLC
113 N Church St, Ste 319
Visalia, CA 93291

Arkstone
135 Rockaway Turnpike
Lawrence, NY 11559

Arthrex Inc
PO Box 403511
Atlanta, GA 30384-3511

ASD Specialty Healthcare, LLC
345 International Blvd, Ste 400A
Brooks, KY 40109-6200

Atmos Energy
PO Box 740353
Cincinnati, OH 45274-0353

Ballantine Communications
PO Box 4148
Grand Junction, CO 81502-4148

Best Version Media LLC
19355 Janacek Court
Brookfield, WI 53046

Birkenfeld, LLC
1140 E Ford Pierce Drive #104
St George, UT 84790

Bluerock Medical LLC
3125 N University Avenue, Suite 100
Provo, UT 84604

Boston Scientific
300 Boston Scientific Way
Marlborough, MA 01752

Brown & Fortunato
PO Box 9418
Amarillo, TX 79105

Bryan S. Poe
406 S Park Avenue
Aztec, NM 87410

Cache Valley Bank
PO Box 3227
Logan, UT 84323

Capital Business Systems Inc
PO Box 660831
Dallas, TX 75266-0831

Cascade Water & Coffee Service
214 S Fairview Avenue
Farmington, NM 87401

CenturyLink
PO Box 91155
Seattle, WA 98111-9288

CFG Merchant Solutions
JP Morgan Chase
180 Maiden Lane, Floor 15
New York, NY 10038

City of Cortez
123 Roger Smith Avenue
Cortez, Co 81321

City of Farmington
PO Box 712569
Denver, CO 80271-2569

City of Farmington
PO Box 712569
Denver, CO 80271-2589

CLIA Laboratory Program.
PO Box 3056
Portland, OR 97208-3056

Colorado Department of Revenue
PO Box 17087
Denver, CO 80217-0087

Comcast
PO Box 37601
Philadelphia, PA 19101-0601

Comfort Air Mechanical Inc
2421 E Empire Street
Cortez, CO 81321

Cortez Sanitation District
2908 S. Broadway
Cortez, CO 81321

Create Agency
1120 E River Ridge Lane
Orem, UT 84097

CT Corporation WKI
PO Box 4349
Carol Stream, IL 60197-4349

Cucumber Capital
125 Strawberry Hill Avenue
Stanford, CT 06902

Cummins Sales and Services
350 Cummins Drive
Kenly, NC 27542

CuraScript SD
Priority Healthcare Distribution
PO Box 978510
Dallas, TX 75397-8510

CurveBeam
2800 Bronze Drive, Suite 110
Hatfield, PA 19440

Dell
1 Dell Way
Round Rock, TX 78664

Dell Computers
1 Dell Way
Round Rock, TX 78664

Delta Professional Cleaning
13863 S 2700 W, Ste 202
Bluffdale, UT 84065

Des Alarm Services LLC
109 Suttle Street
Durango, CO 81303

DJO, LLC
PO Box 650777
Dallas, TX 75265

Dominion Energy
PO Box 45360
Salt Lake City, UT 84145

DrCrono Inc.
111 N Magnolia Avenue
Suite 1100
Orlando, FL 32801

Durango Town Center Partners LP
6400 S. Fiddlers Green Cir., #1820
Greenwood Village, CO 80111

Dynamic Medical Consultants LLC
6900 S McCarran Blvd., Ste 1010
Reno, NV 89509-6153

Eide Bailly
1061 S 800 E, Ste 120
Orem, UT 84097-7228

eLead Promo
111 West Jackson, Suite 1700
Chicago, IL 60604

Empire Electric Association Inc
PO Box K
Cortez, CO 81321-0676

Enchantment Physical Therapy
1900 East Historic Highway 66, Ste 1
Gallup, NM 87301

Executive Escrow Services
1901 Farmington Avenue
Farmington, NM 87401

Farmers Telecommunications Inc
PO Box 369
Pleasant View, CO 81331-0369

FedEx
PO Box 7221
Pasadena, CA 91109-7321

First Digital
PO Box 849746
Los Angeles, CA 90084-9746

Fisher Healthcare
13551 Collection Center Drive
Chicago, IL 60693

Four Corners Community Bank
500 West Main Street, Suite 101
Farmington, NM 87401

HD Supply
Facilities Maintenance
PO Box 509058
San Diego, CA 92150

HealthFirst
Dept CH 14330
Palatine, IL 60055-4330

Henry Schein
135 Duryea Road
Melville, NY 11747

Horse Gulch Health Campus HOA
PO Box 519
Durango, CO 81302

Idaho State Tax Commission
Compliance Division
PO Box 36
Boise, ID 83722-0410

Imagenet Consulting LLC
913 North Broadway Avenue
Oklahoma City, OK 73102

InstaMed
1880 John F Kennedy Blvd, 12th Floor
Philadelphia, PA 19103

Intermountain Gas Company
PO Box 5600
Bismarck, ND 58506-5600

Intermountain WorkMed
PO Box 30180
Salt Lake City, UT 84130

Internal Revenue Service
Central Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Intuit QuickBooks
2700 Coast Avenue
Mountain View, CA 94043-1140

IPFS Corporation
125 S Wacker Drive
Suite 1650
Chicago, IL 60606

IPFS Corporation
Proassurance Agency/Birmingham
PO Box 590009
Birmingham, AL 35259

IPFS Corporation
24722 Network Place
Chicago, IL 60673-1247

Jaren Wieland
Mooney Wieland Warren
512 W Idaho St., Suite 103
Boise, ID 83702

JB&B Capital
109 S Northshore Dr, Ste 200
Knoxville, TN 37919

Jeannie Gafford Billboards
PO Box 1305
Cortez, CO 81321

JRB Employee, LTD Partnership
195 E Reno Ave, Suite A
Las Vegas, NV 89119

Kathleen D Bonnell
270 E 8th Ave, Ste N-102
Durango, CO 81301

Kerecis LLC
2101 Wilson Blvd, Ste 900
Arlington, VA 22201

Kevin Root Medical
2239 Business Way
Riverside, CA 92501

KFR Graphics & Wraps
14050 Road 20.7
Cortez, CO 81321

La Plata Electric Assoc Inc
PO Box 2750
Durango, CO 81302-2750

Laboratory Corporation of America Holdin
PO Box 12140
Burlington NC 27216-2140

Larry's Pest Patrol
PO Box 429
Flora Vista, NM 87415

Layton City
437 N Wasatch Drive
Layton, UT 84041

Les Olson Company
PO Box 65598
Salt Lake City, UT 08416-5598

Life Technologies Corporation
Bank of America Lockbox Services
12088 Collections Center Drive
Chicago, IL 60693

Lone Peak Hospital
Medical Staff Office
74 Kimballs Lane #370
Draper, UT 84020

Lumen - Holladay
CenturyLink
PO Box 52187
Phoenix, AZ 85072-2187

Magno C Santos MSN FNP-C PLLC
15 N 3928 E
Rigby, ID 83442

McKesson Medical Surgical Inc
PO Box 933027
Atlanta, GA 31193-3027

McKesson Medical Surgical Inc.
9954 Mayland Drive, Suite 4000
Henrico, VA 23233

Medical Disposal Services Inc
382 Marshall Way, Unit E
Layton, UT 84041

Medline Industries
Dept 1080
PO Box 121080
Dallas, TX 75312-1080

Medshift
328 W Carson Blvd.
Charlotte, NC 36832

Medtronic USA Inc
4642 Collection Center Dr
Chicago, IL 60693-0046

MIMEDX Group Inc
PO Box 744853
Atlanta, GA 30374-4853

MindSight Medical, LLC
3151 Halifax St, Ste 160
Dallas, TX 75247

Modern BioAnalytics LLC
5119 Clovercrest Court
Mason, OH 45040

Modernizing Medicine, Inc.
PO Box 737463
Dallas, TX 75373-7493

Nationalwide Business Concepts
1439 W Chapman Ave, #64
Orange, CA 92868

NEC Financial Services
250 Pehle Avenue
Saddle Brook, NJ 07663

Nelson Christensen Hollingworth & WIllia
68 South Main Stree, 6th Fl
Salt Lake City, UT 84101

Nevada Energy
PO Box 30150
Reno, NV 89520-3150

New Mexico Gas Company
PO Box 27885
Albuquerque, NM 87125-7885

Newcomer Supply
2505 Parview Road
Middleton, WI 53562-2579

Noel's Inc
601 Scott Avenue
Farmington, NM 87401

NV Energy
PO Box 30150
Reno, NV 89520-3150

Office Equipment Co. / Office Etc.
55 East Main Street
PO Box 760
Price, UT 84501

On The Spot Cleaning
407 E Broadway
Farmington, NM 87401

OnPoint Solutions Group LLC
PO Box 412
Timnath, CO 80547

ORBA
455 North Cityfront Plaza Dr
Suite 1600
Chicago, IL 60611-5313

Orkin
PO Box 740300
Cincinnati, OH 45274-0300

Outsource Receivables Management Idaho
106 North Woodruff Ave.
Idaho Falls, ID 83401

Ovation Medical
5155 Clareton Dr, Ste 200
Agoura Hills, CA 91301

Pagosa Medical Group LLC
27B Talisman Drive U-3
Pagosa Springs, Co 81147

Pia Hoyt, LLC (Law Firm)
136 E South Temple, Fl 19
Salt Lake City, UT 84111

Procurement Partners
Hybrent, Inc.
PO Box 935778
Atlanta, GA 31193-5778

Protectus LLC / Protectus Technologies
4471 Dean Martin, Unit 4207
Las Vegas, NV 89103

Qwik Capital
100 Park Avenue
16th Floor
New York, NY 10017

R.A.Biel Plumbing & Heating
1205 Troy King Road
Farmington, NM 87401

Red Barn Movers
1200 Red Barn Lane
Farmington, UT 84025

Red Desert Ventures LP
965 E 700 S, Ste 304
St George, UT 84790

Revco Leasing Company
PO Box 65598
Salt Lake City, UT 84165

Robert Half, Inc.
PO Box 743295
Los Angeles, CA 90074-3295

Rocky Mountain Air Solutions
Dept. 78716
PO Box 78000
Detroit, MI 48278-0716

Rocky Mountain Escrow, Inc
970 Main Avenue
PO Box 2106
Durango, CO 81302

Ron Kirk
1422 Browns Canyon Road
Blanding, UT 84511

Rowan Advance
69 Marshall Drive
Edison, NJ 08817

Salt Lake County Assessor
PO Box 26297
Salt Lake City, UT 84126-0297

Sanuwave Inc
c/o Goodman Capital Finance
PO Box 29647
Dallas, TX 75229-9647

Selective Insurance Company of America
PO Box 371468
Pittsburg, PA 15250

Semler Scientific, Inc.
PO Box 103470
Pasadena, CA 91189-3470

Shaw Contruction of Utah, LLC
10 W Broadway, Suite 490
Salt Lake City, UT 84101

Signarama-Salt Lake City
3480 South Main
Salt Lake City, UT 84115

SIS 004, LLC
c/o J. Leishman
4238 Foothill Drive
Bountiful, UT 84010

Snow Christensen & Martineau
Attn: Accounts Receivable
PO Box 45000
Salt Lake City, UT 84145-5000

Soprius LLC
1 Lewis Avenue
Coraopolis, PA 15108

Southwest Retina Holdings LLC
845 Summit Ridge Trail
Durango, CO 81301

SoWesCo Property Management
2222 E 20th Street, Suite A
Farmington, NM 87401

St. Regis
PO Box 4493
Park City, UT 84060

Stable Step LLC
931 Seville Road
Wadsworth, OH 44281

State of Arizona
100 N 15th Avenue, Suite 302
Phoenix, AZ 85007

State of Colorado Dept Public Hlth  
4300 Cherry Creek Drive South  
ASD-AR-B1  
Denver, CO 80246-1530

StatLab  
PO Box 678056  
Dallas, TX 75267-8056

Stericycle, Inc  
28883 Network Place  
Chicago, IL 60673-1288

Stericycle, Inc Aztec  
28883 Network Place  
Chicago, IL 60673-1288

Stericycle, Inc Farmington  
28883 Network Place  
Chicago, IL 60673-1288

Strong Connexions  
1279 W 2200 S, Suite A  
Salt Lake City, UT 84119

Sundance Investments, L.L.L.P.  
c/o Mooney Wieland Warren  
512 W Idaho St., Suite 103  
Boise, ID 83702

Tebra Technologies Inc  
Dpt LA 24853  
Pasadena, CA 91185-4853

Telerad Connect  
PO Box 3090  
Hayden, ID 83835

Thermo Fisher Scientific, Inc.  
1020 W 400 N  
Ogden, UT 84404

Thirsty 13 LLC  
2125 County Road 125  
Hesperus, CO 81326

Thomas Scientific  
7125 Northland Terrace N, Ste 100  
Brooklyn Park, MN 55428

TigerView  
PO Box 6112  
Warwick, RI 22870

Timber Peaks
10808 Riverfront Pkwy, Ste 3141
South Jordan, UT 84095

Timberline Electric
24920 Road N
Cortez, CO 81321

TOK Commercial Property Management
Martin Family LLC
250 S 5th Street, 2nd Fl
Boise, ID 83702

TriumpHealth
590 N Kimball Ave, Suite 100
Southlake, TX 76092

TVT
7533 S. Center View Court
Suite R
West Jordan, UT 84084

US Bank
P.O. Box 790408
Saint Louis, MO 63179-0408

US Department of Education
PO Box 790233
St Louis, MO 63179-0233

US Department of the Treasury
PO Box 979101
St Louis, MO 63197-9000

Utah Motor Vehicle Registration
PO Box 30412
Salt Lake City, UT 84130-0412

Utah State Tax Commission
Attn: Michelle Riggs / Bankruptcy Unit
210 North 1950 West
Salt Lake City, UT 84134

Venture Medical
211 N Higgins Avenue, 305
Missoula, MT 59801

Verizon Wireless
PO Box 16810
Newark, NJ 07101-6810

Vernon Capital
383 Kingston Avenue, Suite 343
Brooklyn, NY 11213

Vestis
2680 Palumbo Drive
Lexington KY, KY 40509

Vital Records Control
Dept 5874
PO Box 11407
Birmingham, AL 35246-5874

Warsum Properties, LLC
4696 Radiant Dr.
Idaho Falls, ID 83404

Waste Management
WM Corporation Services Inc.
PO Box 7400
Pasadena, CA 91109-7400

Weave Communicatons Inc
1331 W Powell Way
Lehi, UT 84043

Well Cell Support LLC
11511 Katy Freeway Ste 102
Houston, TX 77079

Wells Fargo Equipment and Vendor Finance
PO Box 77101
Minneapolis, MN 55480-7101

Wolters Kluwer
PO Box 4349
Carol Stream, IL 60197-4349

XMission
51 E 400 S
Salt Lake City, UT 84111-2753

Yellow Page Directory Services
The Original YP Network
PO Box 411450
Melbourne, FL 32941-1450